**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN THE MATTER OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' REMAINING 2026 NATURALIZATION CEREMONIES | No. 3:26-mc-13 |

**ORDER**

At the request of United States Citizenship and Immigration Services ("USCIS") and to accommodate the anticipated volume of candidates for naturalization, the United States District Court for the Eastern District of Virginia scheduled 28 naturalization ceremonies in 2026 in Richmond, Virginia on its public calendar.

On July 16, 2026, the Court held two naturalization ceremonies: one at 11:00 a.m. and one at 1:00 p.m. USCIS presented twenty-six candidates for naturalization and twenty-five were naturalized at the 11:00 a.m. ceremony. USCIS presented no candidates for naturalization at the 1:00 p.m. ceremony. Therefore, no naturalization ceremony could be held on July 16, 2026 at 1:00 p.m.

Eleven naturalization ceremonies remain on the Court's 2026 calendar:

| | |
|---|---|
| August 13, 2026: | 11:00 a.m. and 1:00 p.m. |
| September 10, 2026: | 11:00 a.m. and 1:00 p.m. |
| September 17, 2026: | 11:00 a.m. |
| October 8, 2026: | 11:00 a.m. and 1:00 p.m. |
| November 12, 2026: | 11:00 a.m. and 1:00 p.m. |
| December 3, 2026: | 11:00 a.m. and 1:00 p.m. |

The Court is available and will perform all remaining 2026 naturalization ceremonies. No ceremony will be cancelled in advance.

Let the Clerk file this Order electronically and send a copy to the USCIS Norfolk Field Office Director Alison McNealy, to the Richmond Division of the United States Attorney's Office, and to all judges of the Richmond Division of the Eastern District of Virginia.

It is SO ORDERED.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 7/20/2026
Richmond, Virginia